FILED'06 OCT 18 16:18 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**MICHAEL B. BENSON,**
    **Plaintiff,**

v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
    **Defendant.**

CV-06-3002-KI

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6092.50 and costs in the amount of $0.00, for a total of $6092.50, are awarded and to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

**DATED this** 18 **day of October, 2006.**

_/s/ Garr King_
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff